**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JULIE RODOSLOGOLU**<br><br>    v.<br><br>**THE MACERICH COMPANY** | **CIVIL ACTION**<br><br>**NO. 17-167** |

**O R D E R**

**AND NOW**, this 10th day of April 2017, after review of ECF 4 and ECF 5, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion to Transfer Venue to the District of New Jersey is **GRANTED**.

This Action is hereby **TRANSFERRED** to the District of New Jersey.  The clerk shall transfer the record to that district.

**BY THE COURT:**

**/s/ Michael M. Baylson**
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 17\17-167 Rodosogolu v. The Macerich Company\Order Transferring to DNJ.docx